UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| CHRISTOPHER ATTLES, <br> *Plaintiff,* <br><br> v. <br><br> ROCKET MORTGAGE, LLC <br> F/K/A QUICKEN LOANS, LLC, <br> *Defendant.* | Case No. 1:23-cv-10741-DJC |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT ROCKET MORTGAGE, LLC**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Rocket Mortgage, LLC f/k/a Quicken Loans, LLC hereby provides its corporate disclosure statement, and states and discloses as follows:

Rocket Mortgage, LLC is a Michigan limited liability company. Rocket Mortgage, LLC's sole member is RKT Holdings, LLC, a Michigan limited liability company. RKT Holdings, LLC's members are Rock Holdings, Inc., a Michigan corporation with a principal place of business in Detroit, Michigan, Rocket Companies, Inc., a Delaware publicly held corporation with a principal place of business in Detroit, Michigan, and Dan Gilbert, an individual domiciled in Michigan.

No publicly held corporation owns 10% or more of the stock of Rocket Mortgage, LLC.

Respectfully submitted,

**ROCKET MORTGAGE, LLC**
**F/K/A QUICKEN LOANS, LLC**,

By its attorneys,

*/s/ Christian B.W. Stephens*
Christian B.W. Stephens (BBO #666097)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA  02110-2602
P: (617) 342-6800
F: (617) 342-6899
cstephens@eckertseamans.com

Dated:  April 6, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are as non-registered participants.

Dated:  April 6, 2023          */s/ Christian B.W. Stephens*
                                Christian B.W. Stephens

109792917.1